UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANKIE MONEGRO,

               Plaintiff,

   -against-

BRILLIANCE NEW YORK, LLC, and
VALOR 26, LLC,

               Defendants.

**ORDER**

20 Civ. 8554 (PGG) (JLC)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint was filed on October 14, 2020 (Cmplt. (Dkt. No. 1)), and the Amended Complaint was filed on November 6, 2020.  (Am. Cmplt. (Dkt. No. 6))  On October 16, 2020, this case was referred to Magistrate Judge James L. Cott for general pretrial supervision.  (Dkt. No. 5)  On November 12, 2020, Plaintiff filed a notice of voluntary dismissal as to Defendant Brilliance New York, LLC.  (See Dkt. Nos. 10, 11)

        On December 24, 2020, Plaintiff filed proof of service as to Defendant Valor 26, LLC.  (Dkt. No. 12)  To date, no answer has been filed by, and no appearance has been entered for, Defendant Valor 26, LLC.

        Accordingly, Plaintiff will move for a default judgment as to Valor 26, LLC by **March 25, 2021,** in accordance with Rule VIII of this Court's individual rules of practice, which are available on the Court's website.  If Plaintiff does not move for a default judgment by **March 25, 2021**, this case **will be dismissed for failure to prosecute.**

Dated: New York, New York
       March 11, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge